HILLIARD HOTEL CO. v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by the Hilliard Hotel Company against the City of New York and others. With this case has been consolidated in this court cases bearing titles as follows: Waldorf-Astoria Hotel Co. v. City of New York; Hawk & Wetherbee v. Same; Haverty's Taxicabs, Inc., v. Same; Frawley Transportation Co. v. Same; Motor Taximeter Co. v. Same; American Taximeter Co. v. Same; Imperial Auto Co. v. Same; Garden Taxicab Co. v. Same; Greeley Square

Hotel Co. v. Same; Yellow Taxicab Co. v. Same; New Taxicab & Auto Co. v. Same; Universal Taximeter Co. v. Same; Mason-Seaman Transportation Co. v. Same. No opinions. Motions to continue injunction and for stay denied, with $10 costs. Orders filed.